**CALIFORNIA DEPARTMENT OF TOXIC SUBSTANCES CONTROL,**
Plaintiff—Appellee,

v.

**JOHN ALEXANDER RESEARCH, INC., a California corporation; John A. Alexander, an individual, Defendants—Appellants.**

Nos. 02–15876, 02–17139.

United States Court of Appeals, Ninth Circuit.

Argued and Submitted July 16, 2003.

Decided Aug. 4, 2003.

Before: REINHARDT, SILER,* and HAWKINS, Circuit Judges.

* Honorable Eugene E. Siler, Jr., Senior United States Circuit Judge for the Sixth Circuit Court of Appeals, sitting by designation.

## MEMORANDUM **

Pursuant to the Comprehensive Environmental Response, Compensation and Liability Act, 42 U.S.C. § 9607(a), the California Department of Toxic Substances Control ("DTSC") is entitled to recover response costs incurred during supervision of the cleanup of a site owned and operated by John Alexander Research, Inc. and John A. Alexander (collectively "Alexander") if not inconsistent with the National Contingency Plan ("NCP"). Consistency with the NCP is presumed. *Washington State Dept. of Transp. v. Washington Natural Gas Co., Pacificorp,* 59 F.3d 793, 796 (9th Cir.1995).

Alexander has failed to show that DTSC's response action was inconsistent with the NCP. *See id.* at 802. As such, DTSC is entitled to recover response costs, including overhead and attorneys' fees incurred in pursuing recovery.

AFFIRMED.

---

** This disposition is not appropriate for publication and may not be cited to or by the courts of this circuit except as provided by Ninth Circuit Rule 36–3.

